UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Mohammad Ahmad Mustafa
Al Khateeb,

                    Plaintiff(s),                    07 Civ. 7398 (KMK)(LMS)

        -against-

Emilio T. Gonzalez, et al.,                    CALENDAR NOTICE

                    Defendant(s).
----------------------------------------------------X


        Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |


**before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, June 10, 2008 at 10:30 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

        Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.


Dated: May 13, 2008
        White Plains, New York


                                    So Ordered


                                    Kenneth M. Karas, U.S.D.J